IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYELLE CAMPBELL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:23-cv-00099-CB-KT |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | Magistrate Judge Kezia O. L. Taylor |
| THE COUNTY OF MERCER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Magistrate Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 20, 2025, the Magistrate Judge issued a Report (Doc. 74) recommending that Defendants' Motion for summary judgment (Doc. 61) be granted. Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that Defendants' Motion for summary judgment (**Doc. 61**) is **GRANTED**, and the R&R (**Doc. 74**) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

December 20, 2025                                s/Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via ECF email notification):

All Counsel of Record